THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mikal J. Ruffin,       
Appellant.
 
 
 

Appeal From Cherokee County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-717
Submitted October 15, 2003  Filed December 11, 2003 

AFFIRMED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 Assistant Attorney General S. Creighton Waters, of Columbia, Harold W. Gowdy, 
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant, Mikal Ruffin, was 
 convicted of murder and attempted armed robbery.  The trial judge sentenced 
 Ruffin to concurrent terms of life imprisonment for the murder and twenty years 
 for the attempted armed robbery.  We affirm pursuant to Rule 220(b)(2), SCACR 
 and the following authorities:  State v. Adams, 354 S.C. 361, 380, 580 
 S.E.2d 785, 795 (Ct. App. 2003) (arguments not raised to or ruled upon by the 
 trial court are not preserved for appellate review); State v. Huggins, 
 336 S.C. 200, 205, 519 S.E.2d 574, 576 (1999) (it is well settled that issues 
 may not be raised for the first time on appeal); State v. Perez, 334 
 S.C. 563, 565-66, 514 S.E.2d 754, 755 (1999) (issue not raised to and ruled 
 on by trial court is not preserved for appeal); State v. Mitchell, 330 
 S.C. 189, 195, 498 S.E.2d 642, 645 (1998) (where counsel acquiesced in the judges 
 limitation of his cross-examination and made no other objections, issue was 
 not properly preserved for review; a party cannot acquiesce to issue at trial 
 and then complain on appeal); State v. Sampson, 317 S.C. 423, 427, 454 
 S.E.2d 721, 723 (Ct. App. 1995) (unchallenged rulings excluding evidence were 
 law of the case and were sufficient basis for affirmance); State v. Hawkins, 
 310 S.C. 50, 57, 425 S.E.2d 50, 54 (Ct. App. 1992) (reviewing court may not 
 rule on alleged error in exclusion of testimony unless record on appeal shows 
 fairly what the rejected testimony would have been).   
AFFIRMED.
HUFF, STILWELL, and BEATTY, JJ., concur.